ACCEPTED
03-14-00782-CV
6975176
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 2:29:47 PM
JEFFREY D. KYLE
CLERK



# Gammon Law Office, PLLC

### "We Represent the Good Guys" ®

William B. Gammon
Anthony G. Read

Attorneys At Law
1201 Spyglass Drive | Suite 100
Austin, Texas 78746
512-444-4529 / 888-545-4279 (Fax)
www.GammonLawOffice.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/17/2015 2:29:47 PM
E. Jason Billick
JEFFREY D. KYLE
Karin Huertas
Clerk

September 17, 2015

Jeffrey D. Kyle, Clerk                                   *Via Electronic Filing*
THIRD COURT OF APPEALS
209 West 14th Street, Room 101
Austin, Texas 78701

RE:     Cause No. 03-14-00782-CV; *Santander Consumer USA, Inc. v. Mario Mata, Centroplex Automobile Recovery, Inc., Blake Thornton Vandusen, John F. Thompson d/b/a Centroplex Automobile Recovery, Inc., and Redshift Investigation, Inc.*; In the Court of Appeals for the Third District of Texas

Dear Mr. Kyle:

Plaintiff-Appellee Mario A. Mata hereby waives his request for oral argument. Therefore, we will no longer intend to argue this matter before the Court on September 23, 2015. I will be present at the oral argument to address any questions or concerns the Court may have pertaining to our position.

Respectfully,

E. Jason Billick
ATTORNEY

Oral Argument Waiver | Santander v. Mata, et. al.